1 │ THOMAS P. O'BRIEN
   │ United States Attorney
2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
3 │ Chief, Criminal Division
   │ STEVEN R. WELK
4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
5 │ MONICA E. TAIT
   │ Assistant United States Attorney
6 │ California Bar Number 157311
   │ Asset Forfeiture Section
7 │     1400 United States Courthouse
   │     312 North Spring Street
8 │     Los Angeles, California 90012
   │     Telephone: (213) 894-2931
9 │     Facsimile: (213) 894-7177
   │     E-mail: Monica.Tait@usdoj.gov
10 │ Attorneys for Plaintiff
   │ United States of America

11 │

12 │                 UNITED STATES DISTRICT COURT

13 │            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 │                     WESTERN DIVISION

15 │ UNITED STATES OF AMERICA,      )   NO.  CV 08-2227 VBF (FFMx)
   │                                )
16 │         Plaintiff,             )   CONSENT JUDGMENT AS TO THE
   │                                )   INTERESTS OF LINDA U.S.
17 │         v.                     )   ESCOBAR AND JOSE ESCOBAR IN
   │                                )   THE DEFENDANT VEHICLE
18 │ One 2002 BMW 745i,             )
   │                                )
19 │                                )
   │         Defendant.             )   [THIS ORDER IS NOT CASE-
20 │ _____ )   DISPOSITIVE]
   │ JOSE G. ESCOBAR, LINDA U.S.    )
21 │ ESCOBAR, AND SAMANTHA RAMIREZ, )
   │                                )
22 │         Claimants.             )
   │ _____ )
23 │
   │     The court having reviewed the stipulation of Plaintiff
24 │
   │ United States of America and claimants Linda U.S. Escobar ("Linda
25 │
   │ Escobar"), and Jose G. Escobar ("Escobar Sr."), IT IS HEREBY
26 │
27 │
28 │


CV 08-2227

1  ORDERED AS FOLLOWS:

2      1.    Escobar Sr. and Linda Escobar have claimed to have an

3  interest in the defendant vehicle, a 2002 BMW 745i (VIN:

4  WBAGN63432DR06802).   Claimant Samantha Ramirez has also filed a

5  claim to the defendant vehicle.   This Consent Judgment does not

6  affect Samantha Ramirez' claim of ownership to the defendant

7  vehicle.

8      2.    It is the intent of the United States, Escobar Sr., and

9  Linda Escobar to resolve all of their competing claims to the

10  defendant vehicle by their Stipulation and this Consent Judgment.

11  These parties' agreement to their Stipulation is dependent upon

12  the execution by all parties identified below of the following

13  stipulations:

14      a.    A Stipulation between the United States and Escobar Sr.

15            in the matter United States v. Real Property Located at

16            4300-4302 E. 3rd Street, Los Angeles, California, et

17            al., CV 07-5492 VBF (FFMx);

18      b.    A Stipulation between the United States and Linda

19            Escobar and Modesta Salas in the matter United States

20            v. Real Property Located at 4300-4302 E. 3rd Street,

21            Los Angeles, California, et al., CV 07-5492 VBF (FFMx);

22      c.    A Stipulation between the United States, Escobar Sr.,

23            and Linda Escobar in the matter United States v.

24            Vehicles Seized from Brooklyn Auto Sales Business

25            Locations, et al., CV 08-00035 VBF (FFMx); and

26      d.    A Stipulation between the United States, Escobar Sr.,

27            and Linda Escobar in the matter United States v. Two

28            2007 Nissan Altimas, et al. CV 08-1545 VBF (FFMx).

CV 08-2227                          2

1    3.    This Court has jurisdiction over the subject matter of

2  the present action and over the parties to the stipulation.

3    4.    The Complaint states a claim for relief against the

4  defendant vehicle.

5    5.    All right, title, and interest of Escobar Sr. and Linda

6  Escobar in the defendant vehicle is hereby condemned and

7  forfeited to the United States of America.

8    6.    Except as to such rights and obligations created by

9  thier Stipulation, Escobar Sr. and Linda Escobar release and hold

10 harmless the United States, and any agents, servants, and

11 employees of the United States (or any state or local law

12 enforcement agency), including without limitation the Drug

13 Enforcement Administration, acting in their individual or

14 official capacities, from all claims, actions or proceedings,

15 including, but not limited to, any claim for attorney's fees

16 and/or costs, or interest, which may hereafter be asserted or

17 brought by each of them or on their behalf which are related to

18 or arise out of the present action.

19   7.    All of the parties to the accompanying stipulation

20 shall execute all documentation necessary to carry out their

21 agreement.   Escobar Sr. and Linda Escobar shall deliver to

22 undersigned counsel for plaintiff all original certificates of

23 title in their possession, custody, or control for the defendant

24 vehicle.   Each party shall bear its own costs of litigation and

25 attorney's fees.   Each party waives its right to appeal.   This

26 Consent Judgment constitutes a certificate of reasonable cause

27 pursuant to 28 U.S.C. § 2465(a)(2).

28   8.    There being no just reason for delay, the clerk is

CV 08-2227                                    3

1   hereby directed to enter this Consent Judgment pursuant to Rule

2   54(b) of the Federal Rules of Civil Procedure, which constitutes

3   a final judgment as to the interests of Escobar Sr. and Linda

4   Escobar in the defendant vehicle.  The Court retains jurisdiction

5   over this case and the parties hereto to effectuate the terms of

6   the parties' agreement and this Consent Judgment, and to

7   determine the competing claims of the United States and Samantha

8   Ramirez.

9        **IT IS SO ORDERED.**

10

11  DATED:  __May 8, 2009__      __Valerie Baker Fairbank__

12                              THE HONORABLE VALERIE BAKER FAIRBANK
                                United States District Judge

13

14
    Presented by:

15
    THOMAS P. O'BRIEN
16  United States Attorney

17  /s/_____
    MONICA E. TAIT
18  Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28


    CV 08-2227                        4